THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, · v. LOUIS CHIAVOLA, Defendant-Appellant.

(No. 61517;

First District (2nd Division)—July 15, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Judith A. Stewart, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.